## W. A. ROBERSON v. A. C. ROBERSON.

DIVORCE — EVIDENCE.— Evidence that does not show that the abandonment was not caused, procured or consented to by husband is insufficient.

APPEAL from Brown county. Opinion by DELANEY, J.

STATEMENT.— This suit was brought by appellant against appellee, March 1, 1881. He alleged that he and defendant, Amanda C. Roberson, were married in Kentucky in 1844; that they lived together in that state until the year 1868, when she wilfully, voluntarily and without any cause or provocation abandoned his bed and board, and had never returned. He also avers that she left him with the intention of perpetual abandonment.

A general denial was filed by defendant March 27, 1882. On same day trial was had by the court without a jury and judgment rendered for defendant. Plaintiff appealed.

On the trial plaintiff introduced John H. Roberson, the only witness. He testified that plaintiff and defendant were married in Kentucky, thirty years ago, and lived together until 1869, when defendant left and went to Memphis, Tennessee, where she remained until 1872, when she went to the house of witness in the state of Missouri, where she remained a short time. She then went to California, where she has been ever since. Witness states that plaintiff had a comfortable home, and he does not know why defendant left plaintiff.

Plaintiff had resided in Brown county several years before the filing of the suit. This is all the evidence. Plaintiff assigns as error the judgment of the court.

OPINION.— In our opinion there is no error in the judgment of the court below. Every fact attested by the witness in this case might be true, and yet the defendant might have been driven from her home by the plaintiff, or at least she might have left it with his consent. In accordance with the rule announced in McGowan v. McGowan,

52 Tex., 567, the plaintiff should have produced at least some reasonable measure of proof that he "neither caused nor procured nor consented to the separation." Plaintiff's evidence falls far short of this.

Judgment affirmed.